UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 98-7386

THERON JOHNNY MAXTON,

Petitioner - Appellant,

versus

DOCTOR BEINER; NURSE MITCHELL; BARBARA SKEAN;
MICHAEL MOORE,

Respondents - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.  David C. Norton, District Judge.
(CA-98-1560-10-18BD)

Submitted:  December 17, 1998          Decided:  January 9, 1999

Before WILKINS, NIEMEYER, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Theron Johnny Maxton, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Theron Johnny Maxton appeals the district court's order dismissing without prejudice his petition filed under 28 U.S.C. § 2241 (1994). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Maxton v. Beiner, No. CA-98-1560-10-18BD (D.S.C. Sept. 2, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED